UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 13-6444 FMO (JCx)** | Date | **September 6, 2013** |
|---|---|---|---|
| Title | **LaToya McCaleb, et al. v. DT Credit Co., et al** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Julieta Lozano | None | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order to Show Cause Re:  Remand

On September 3, 2013, this action was removed to this court pursuant to 28 U.S.C. § 1441. Removal is on the basis of diversity jurisdiction in a class action pursuant to 28 U.S.C. § 1332(d). However, the jurisdictional allegations appear to be defective because the total claims of individual class members do not appear to exceed $5,000,000 in the aggregate.  See 28 U.S.C. § 1332(d)(2).

Accordingly, IT IS ORDERED that:

1. No later than **September 20, 2013,** defendants shall show cause in writing why this action should not be remanded for the reasons noted above.  This deadline shall not extend the time for responding to any motion for remand filed by plaintiffs.  Plaintiffs may submit a response in the same time period.  If plaintiffs wish to move for remand based on this procedural defect, plaintiffs must file a regularly noticed motion for remand no later than **October 3, 2013**.  See 28 U.S.C. § 1447(c) ("A motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal").

2. A copy of all papers filed with the court shall be delivered to the drop box outside chambers at Suite 520, Spring Street Courthouse, 312 North Spring Street, **no later than 12:00 noon the following business day**.  All chambers copies shall comply fully with the document formatting requirements of Local Rule 11-3, including the "backing" requirements of Local Rule 11-3.5.  Counsel may be subject to sanctions for failure to deliver a mandatory chambers copy in full compliance with this Order and Local Rule 11-3.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | jloz | |