JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaTOYA McCALEB, et al., | Case No. CV 13-6444 FMO (JCx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| DT CREDIT COMPANY, LLC, | |
| Defendant. | |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Costs, and Service Awards ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiffs LaToya McCaleb and Gloria James shall each be paid a service payment of $2,500, in accordance with the terms of the Settlement Agreement.

2. Class counsel shall be paid $125,000.00 in attorney's fees and costs in accordance with the terms of the Settlement Agreement and the Order.

3. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees except as set forth herein and in the prior orders of this court.

4. DT Credit Company, LLC by operation of state law shall be restrained from taking any further steps to collect Deficiency Balances assessed during the Settlement Class Period

1  purportedly owed by any member of the Settlement Class.  The parties waive any requirement of
2  a bond of undertaking and none shall be required.  No person who has notice of this Injunction
3  shall fail to comply with it nor shall any person subvert the Injunction by sham, indirection or other
4  artifice.
5  Dated this 26th day of May, 2015.

                                        /s/
                             Fernando M. Olguin
                         United States District Judge